JUDGE CROTTY

07 CIV 10277

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TAIWAN MARITIME TRANSPORT CO. LTD.,   :

      Plaintiff,   :   07 CV _____

      - against -   :   ECF CASE

SPOT ON SHIPPING LTD., a.k.a. SPOT ON   :
SHIPPING LTD. BVI., a.k.a. SPOT ON,
a.k.a CLAYTON STAR COMPANY LIMITED   :
a.k.a. CLAYTON STAR, SPOT ON (HONG
KONG) GROUP CORP. LTD. a.k.a. BROAD   :
ROAD (HONG KONG) GROUP CORP. LTD.,
SPOT ON INTERNATIONAL GROUP LTD.,   :
PEHW ASSET MANAGEMENT LIMITED
a.k.a. PEHW ASSET MANAGEMENT LTD.,   :
PEHW FUND LIMITED, ZHANGGANG
SHIPPING LIMITED, STEEL BRIGHT   :
HOLDINGS LIMITED, MARK GAINS
HOLDINGS LIMITED and   :
VESHDENE LIMITED,
                                       :
      Defendants.
                                      :
-----------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: November 13, 2007
New York, NY

The Plaintiff,
TAIWAN MARITIME TRANSPORT CO. LTD.,

By: *(signature)*
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
ttisdale@tisdale-law.com

2