UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAIWAN MARITIME TRANSPORT CO. LTD.,    :

       Plaintiff,    :    07 CV 10277

    - against -    :    ECF CASE

SPOT ON SHIPPING LTD., a.k.a. SPOT ON    :
SHIPPING LTD. BVI., a.k.a. SPOT ON,
a.k.a CLAYTON STAR COMPANY LIMITED    :
a.k.a. CLAYTON STAR, SPOT ON (HONG
KONG) GROUP CORP. LTD. a.k.a. BROAD    :
ROAD (HONG KONG) GROUP CORP. LTD.,
SPOT ON INTERNATIONAL GROUP LTD.,    :
PEHW ASSET MANAGEMENT LIMITED
a.k.a. PEHW ASSET MANAGEMENT LTD.,    :
PEHW FUND LIMITED, ZHANGGANG
SHIPPING LIMITED, STEEL BRIGHT    :
HOLDINGS LIMITED, MARK GAINS
HOLDINGS LIMITED and    :
VESHDENE LIMITED,
        :
       Defendants.
        :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-07

## EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

**WHEREAS**, on November 13, 2007 Plaintiff, TAIWAN MARITIME TRANSPORT CO. LTD., filed a Verified Complaint herein for damages amounting to **$1,260,510.90** inclusive of interest, costs and reasonable attorney's fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

**WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendants' property within the District of this Court; and

**WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

**ORDERED**, that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the Defendants by any garnishees within this District, including but not limited to, ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC Bank USA, JP Morgan Chase, Standard Chartered Bank and/or Wachovia Bank in an amount up to and including **$1,260,510.90** pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, and this Order, may be made by way of fax transmission or other verifiable electronic means, including e-mail, to each garnishee; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee

may consent, in writing, to accept service by any other means; and it is further

**ORDERED** that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: November 14, 2007

                              SO ORDERED:

                              _____
                              U. S. D. J.