Crotty, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAIWAN MARITIME TRANSPORT CO. LTD.,      :

        Plaintiff,                                      :         07 CV 10277

        - against -                                    :         ECF CASE

SPOT ON SHIPPING LTD., a.k.a. SPOT ON         :
SHIPPING LTD. BVI., a.k.a. SPOT ON,
a.k.a CLAYTON STAR COMPANY LIMITED      :
a.k.a. CLAYTON STAR, SPOT ON (HONG
KONG) GROUP CORP. LTD. a.k.a. BROAD         :
ROAD (HONG KONG) GROUP CORP. LTD.,
SPOT ON INTERNATIONAL GROUP LTD.,           :
PEHW ASSET MANAGEMENT LIMITED
a.k.a. PEHW ASSET MANAGEMENT LTD.,         :
PEHW FUND LIMITED, ZHANGGANG
SHIPPING LIMITED, STEEL BRIGHT                    :
HOLDINGS LIMITED, MARK GAINS
HOLDINGS LIMITED and                                        :
VESHDENE LIMITED,

                                             :
        Defendants.
                                             :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-07

## ORDER APPOINTING SPECIAL PROCESS
## SERVER PURSUANT TO F.R.C.P. RULE 4(C)

Upon motion of the Plaintiff for an Order appointing Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process in this action, and

IT IS ORDERED that based upon the affidavit of Lauren C. Davies, that Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories, and

other process upon Defendants herein and upon the garnishees listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for or on account of the Defendants; and

IT IS FURTHER ORDERED, that in order to avoid the need to repetitively serve the garnishee(s) banks continuously throughout the day, any copy of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: November 14, 2007
       New York, NY

**SO ORDERED,**

_____
United States District Judge

A CERTIFIED COPY
J. MICHAEL McMAHON,           CLERK

BY _____
        DEPUTY CLERK