11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

# TISDALE
## LAW OFFICES, LLC

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

TL@TISDALE-LAW.COM

WWW.TISDALE-LAW.COM

~~New York, NY~~ Southport, CT

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 1 1
```

August 5, 2008

*August 11, 2008*

*The matter will be reopened for another 90 days, but if there is no success, the matter will be closed. An order of attachment can not be continuous.*

*So ordered*
*Paul A. Crotty*
*US DJ*

Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007

**Re:   Taiwan Maritime Transport Co. Ltd. v. Spot On Shipping, Ltd., et al.**
**07 CV 10277 (PAC)**
**Our File: 07-1702**

Dear Honorable Sir:

We represent the Plaintiff, Taiwan Maritime Transport Co. Ltd. in the above-captioned matter. Pursuant to your Honor's Order of Dismissal dated July 30, 2008, we write to respectfully request that this action be re-opened.

Pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issued an Ex-Parte Order for Process of Maritime Attachment on November 15, 2007. Immediately thereafter, the named garnishee banks were served with the attachment order. Despite daily service since November of 2007, no funds have been attached and the Defendant has not appeared.

However, in two other maritime attachment matters brought pursuant to Supplemental Rule B which are pending before the United Stated District Court for the Southern District of New York, funds of Zhanggang Shipping Limited have been attached. In those two actions, the defendant Zhanggang Shipping Ltd. has appeared by counsel. *See Deiulemar v. Spot On et. al., 07 CV 3820 (VM) and Brave Bulk v. Spot On et. al., 07 CV 4546 (CM).* Zhanggang Shipping Ltd. is a named defendant in this action. Thus, we respectfully request that the instant matter is re-opened for an additional 90 days. We make this request as it is in TMT's best interest that the garnishee banks continue to be served such that if and when either of the attachments in the two above mentioned matters is vacated, the funds may be restrained to secure TMT's claims in the instant action.

MEMO ENDORSED

Given the foregoing, Plaintiff respectfully requests that this case be re-opened and an additional 90 days to continue serving the garnishee banks. We appreciate your Honor's indulgence in this regard.

Respectfully submitted,

Lauren Cozzolino Davies